DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL GEIGER,**
Appellant,

v.

**TATIANA FRANCIS TURNER,**
Appellee.

No. 4D2023-2649

[April 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lorena Mastrarrigo, Judge; L.T. Case No. DVCE23-006756.

Russell J. Williams of Williams Hilal Wigand Grande PLLC, Fort Lauderdale, for appellant.

No answer brief filed for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***